Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re __Sheila Hodges__                                    Case No. __08-26642__
         Debtor
                                                            Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__299__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $__74.75__ Check one  ☐ With the filing of the petition, or
                         ☒ On or before __10-4-2008__
   $__74.75__ on or before __Nov. 4, 2008__
   $__74.75__ on or before __Dec. 4, 2008__
   $__74.75__ on or before __Jan. 4, 2009__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS

   OCT - 3 2008

   KENNETH S. GARDNER, CLERK
   PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          __Sheila Hodges__      __10-4-2008__
Signature of Attorney            Date             Signature of Debtor              Date
                                                  (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                                  _____
                                                  Signature of Joint Debtor (if any)     Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### District Of _____ Illinois _____

In re  Shiila Hodys  ,  Case No. 08-26642
        Debtor

Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                                ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: OCT 3 2008

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

_____
Kenneth S. Gardner, Clerk of the Court